HUGH MOORE, Respondent, *v.* EUGENE J. GRANT et al.,
Appellants.

*Moore* v. *Grant*, 131 App. Div. 916, appeal dismissed.
(Argued October 4, 1909; decided October 12, 1909.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 15, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for services.

The motion was made upon the ground that the judgment of the Appellate Division was not appealable of right to the Court of Appeals, and permission to appeal had not been obtained.

*William E. C. Mayer* for motion.

*Leophold Leo* opposed.

Motion granted and appeal dismissed, with costs and ten dollars cost of motion.

---

FRANK L. PERLEY, Appellant, *v.* MORNING TELEGRAPH
COMPANY, Respondent.

*Perley* v. *Morning Telegraph Co.*, 131 App. Div. 599, appeal dismissed.
(Submitted October 4, 1909; decided October 12, 1909.)

MOTION to dismiss an appeal from a final judgment entered June 8, 1909, upon an order of the Appellate Division of the Supreme Court in the first judicial department which reversed an interlocutory judgment of Special Term overruling a demurrer to the complaint and sustained such demurrer in an action for libel.

The motion was made upon the ground that the judgment was not directly appealable to the Court of Appeals.

*Ernest W. Marlow* and *Thomas W. Churchill* for motion.

*Franklin Bien* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.